IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA F. INFANTE,<br><br>        Plaintiff,<br><br>   v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-00793-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF COMPLAINT** |

On February 22, 2017, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a chambers copy of her complaint, filed February 17, 2017.

**IT IS SO ORDERED.**

Dated: February 24, 2017

                                              MAXINE M. CHESNEY<br>                                              United States District Judge