UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Cecilia F. Infante,

                                                    CASE NO. **3:17-cv-00793 MMC**
                    Plaintiffs,

v.

                                                    STIPULATION AND [PROPOSED]
                                                    ORDER SELECTING ADR PROCESS

Specialized Loan Servicing LLC, et al,

                    Defendants.
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
                ☐       Non-binding Arbitration (ADR L.R. 4)
                ☐       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
                X       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**

                ☐       Private ADR (*please identify process and provider*)
                _____

_____

The parties agree to hold the ADR session by:

        90 *days from the date of the order referring the case to an ADR process.*

        _____


Dated: April 25, 2017.                          */s/ Mark F. Anderson*
                                                Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

Dated: April 25, 2017

*/s/ Mary Kate Sullivan*
Mary Kate Sullivan (SBN 180203)
Laszlo Ladi (SBN 265564)
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Phone: 415.398.3344
Fax: 415.956.0439
Email: ll@severson.com                    Attorneys for Specialized Loan Servicing LLC

*/s/ Mark F. Anderson*
Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
1736 Stockton Street, Ground Floor
San Francisco, CA 94133
Ph: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com                    Attorney for Plaintiff

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I, Laszlo Ladi attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

Dated: April 27, 2017.

/s/ *Laszlo Ladi*
Laszlo Ladi

**[PROPOSED] ORDER**

       ☒       The parties' stipulation is adopted and IT IS SO ORDERED.

       ☐       The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  May 15, 2017

_____
UNITED STATES JUDGE

> When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11