Heather M. Shumaker, Esq.  (IN #28340-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  hshumaker@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CECILIA F. INFANTE,<br>            Plaintiff,<br><br>       vs.<br><br>SPECIALIZED LOAN SERVICING LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br>            Defendants. | CASE NO. 3:17-cv-00793-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Cecilia F. Infante, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00793-MMC**

Page 1 of 3

Respectfully submitted,

Date: 05/15/17                          *s/ Mark F. Anderson (with consent)*
                                        Mark F. Anderson, Esq. (44787)
                                        Anderson, Ogilvie & Brewer, LLP
                                        1736 Stockton Street, Ground Floor
                                        San Francisco, CO 94133
                                        Telephone: 415-651-1951
                                        Fax: 415-956-3233
                                        E-Mail: mark@aoblawyers.com

                                        *Counsel for Cecilia F. Infante*

Date: 05/15/17                          *s/ Heather M. Shumaker*
                                        Heather M. Shumaker, Esq. (IN #28340-49)
                                          (admitted *Pro Hac Vice*)
                                        Schuckit & Associates, P.C.
                                        4545 Northwestern Drive
                                        Zionsville, IN 46077
                                        Telephone: 317-363-2400
                                        Fax: 317-363-2257
                                        E-Mail: hshumaker@schuckitlaw.com

                                        *Lead Counsel for Defendant Trans Union, LLC*

                                        David Streza, Esq. (CSB #209353)
                                        Vogl Meredith Burke LLP
                                        456 Montgomery Street, 20th Floor
                                        San Francisco, CA 94104
                                        Telephone: 415-398-0200
                                        Fax: 415-398-2820
                                        E-Mail: dstreza@vmbllp.com

                                        *Local Counsel for Defendant Trans Union, LLC*

                                        *Pursuant to Local Rule 5-1(i)(3), I attest that*
                                        *concurrence in the filing of this document has been*
                                        *obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00793-MMC**

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Cecilia F. Infante against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Cecilia F. Infante and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _May 15, 2017_

_Maxine M. Chesney_

JUDGE, United States District Court
Northern District of California

DISTRIBUTION TO:

| Mark F. Anderson, Esq. mark@aoblawyers.com | Heather M. Shumaker, Esq. hshumaker@schuckitlaw.com |
|---|---|
| David J. Streza, Esq. dstreza@vmbllp.com | Laszlo Ladi, Jr., Esq. ll@severson.com |
| Thomas P. Quinn, Esq. tquinn@nokesquinn.com | Mary Kate Sullivan, Esq. mks@severson.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-00793-MMC**

Page 3 of 3