Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
1736 Stockton Street, Ground Floor
San Francisco, California 94133
Telephone: (415) 651-1951
Fax: (415) 500-8300
Email: mark@aoblawyers.com

Attorney for Plaintiff Cecilia F. Infante

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA F. INFANTE,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, et al,<br><br>Defendants. | Case No. 3:17-cv-00793 MMC<br><br>DISMISSING <s>(proposed)</s> ORDER <s>FOR DISMISSAL OF</s> DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.& EQUIFAX INFORMATION SERVICES, LLC |

Based on the parties' stipulation and for good cause shown, plaintiff Cecilia F. Infante's claims against defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC are hereby dismissed with prejudice, each party to bear its own fees and costs, pursuant to Fed. Rule Civ. Proc. 41(a)(2).

Date: May 23, 2017

_____
United States District Judge

**ORDER FOR DISMISSAL OF EXPERIAN & EQUIFAX–- INFANTE V SPECIALIZED LOAN SERVICING, NO. 3:17-CV-00793 MMC**