IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA F. INFANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>    Defendant. | Case No. 17-cv-00793-MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 37 |

Before the Court is defendant Specialized Loan Servicing LLC's Motion for Summary Judgment, filed December 8, 2017. Plaintiff Cecilia Infante has filed opposition, to which defendant has replied. The matter came on regularly for hearing on January 12, 2018. Laszlo Ladi, Jr. of Severson & Werson appeared on behalf of defendant. Mark F. Anderson of Anderson, Ogilvie & Brewer LLP appeared on behalf of plaintiff.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated on the record at the hearing, hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: January 16, 2018

MAXINE M. CHESNEY
United States District Judge