IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA F. INFANTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICING LLC,<br><br>　　　　　Defendant. | Case No. 17-cv-00793-MMC<br><br>**ORDER OF DISMISSAL** |

　　The Court having been advised that the parties have agreed to a settlement of this cause,

　　IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

　　**IT IS SO ORDERED.**

Dated: February 8, 2018

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge